UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD LEE HARRISON, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SHUTING KANG, et al.,<br><br>          Defendants. | Case No. 20-cv-02961-SI<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Kang v. Harrison*, No. 18-cv-5399-JD.

**IT IS SO ORDERED.**

Dated: June 19, 2020

_____
SUSAN ILLSTON
United States District Judge