UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JARROD LEE HARRISON, et al.,

    Plaintiffs,

    v.

SHUTING KANG, et al.,

    Defendants.

Case No. 20-cv-02961-SI

**ORDER EXTENDING DEADLINES ON DEFENDANTS' MOTION TO DISMISS**

### 1.  Motion Deadlines

On April 27, 2020, plaintiffs Jarrod Harrison and Sophie Harrison filed this lawsuit pro se. Dkt. No. 1. On June 1, 2020, defendants Shuting Kang and Yujing Chen filed a motion to dismiss the complaint for defective service, defective summons, and lack of personal jurisdiction. Dkt. No. 9. Under this District's Civil Local Rule 7-3(a), "[t]he opposition must be filed and served not more than 14 days after the motion was filed[,]" making the Harrisons' opposition brief due June 15, 2020. The Harrisons missed the deadline; neither the Court nor the defendants have received an opposition brief, and the Harrisons did not contact the Court to request an extension before the deadline passed.

Given that the Harrisons are proceeding pro se, the Court will, *for this occasion only*, extend the deadline sua sponte for the Harrisons to file an opposition brief. **The Harrisons' opposition brief to the motion to dismiss is now due July 15, 2020.** Defendants may file an optional reply brief on July 22, 2020. The hearing on the motion to dismiss is rescheduled from July 17 to **July 31, 2020, at 10:00 a.m.** In light of the COVID-19 pandemic, the Court will not be holding in-person hearings through September 2020. *See* General Order No. 72-4, *available at* https://www.cand.uscourts.gov/wp-content/uploads/general-orders/GO_72-4_In_Re_Coronavirus_

Disease_Public_Health_Emergency_6-24-2020.pdf. If the Court determines oral argument is necessary on the motion to dismiss, the Court will issue a notice to the parties setting a telephonic or video conference hearing. If the Court determines oral argument is not necessary, the Court will vacate the hearing and will issue a written order based on the papers the parties submitted.

**The initial case management conference is also rescheduled from July 17 to July 31, 2020, at 10:00 a.m. The parties must file a case management statement, either jointly or separately, no later than July 24, 2020.** *See* Civil Local Rule 16-9(a). The case management conference will be conducted telephonically or by video conference, and the Court will issue a notice to the parties with the information to call in.

## 2. Federal Rules

The Court reminds the Harrisons that, in filing this lawsuit, they are responsible for monitoring all deadlines and keeping up with the rules applicable to the case, including the Federal Rules of Civil Procedure, this District's Civil Local Rules (available at: https://www.cand.uscourts.gov/rules/civil-local-rules/) and this Judge's Standing Orders (available at: https://www.cand.uscourts.gov/judges/illston-susan-si/).

## 3. Pro Se Resources

As already advised, *see* Dkt. No. 4, this District has resources available to litigants who do not have a lawyer, including a Pro Se Handbook, which is also available at: https://cand.uscourts.gov/wp-content/uploads/2020/02/Pro_Se_Handbook_2020_links.pdf.

## 4. Registering for Electronic Case Filing

The Court strongly encourages the Harrisons to register to become ECF (Electronic Case Filing) users. This will allow the Harrisons to file documents (such as their opposition brief and their case management statement) electronically and to access court documents in this case online. Typically, a pro se litigant must obtain the Judge's permission before registering to become an ECF user, but this requirement is currently suspended in light of the COVID-19 pandemic. For more

information, including a list of the advantages of e-filing, see: https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/setting-up-my-account/e-filing-self-registration-instructions-for-pro-se-litigants/.

**IT IS SO ORDERED**.

Dated: July 1, 2020

_____
SUSAN ILLSTON
United States District Judge